**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **STEPHEN RILEY,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CASE NO. 7:03-CV-126 (HL)** |
| | : | |
| **Sheriff ASHLEY PAULK,** | : | |
| | : | |
| Defendant | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 17) filed October 17, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the allotted time.

**SO ORDERED,** this the 3rd day of November, 2005.

> **s/ Hugh Lawson**
> **HUGH LAWSON, Judge**
> **United States District Court**